UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOLLY GREEN,

    Plaintiff,

v.                                Case No. 2:19-cv-00556-JLB-NPM

DR. KELLY MALINOSKI, LLC, a Florida
limited liability company, and DR. KELLY
MALINOSKI, and individual,

    Defendants.

## ORDER

The parties have filed a joint stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which would normally dismiss the case without further involvement from the Court. (Doc. 28); Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012). But Count I of the complaint is a claim for back wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–19. (Doc. 1 at 7–8.) Such claims may be settled only with approval from the Court or the Secretary of Labor. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982); Flood v. First Family Ins., Case No. 2:20-cv-623-JLB-NPM, 2021 WL 211268 (M.D. Fla. Jan. 21, 2021).

Accordingly, it is **ORDERED** that:

1.     The parties' stipulation of dismissal (Doc. 28) is **STRICKEN.** The parties are free to file a revised stipulation of dismissal as to Count II of the complaint only.

2. The parties are directed to file a motion for court approval of their settlement as to Count I (FLSA) that includes both the settlement agreement as well as sufficient additional information for the Court to assess the <u>bona fides</u> of the parties' dispute and the precise contours of their resolution.

**ORDERED** in Fort Myers, Florida, on January 26, 2021.

*/s/ John L. Badalamenti*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**